**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-6667**

---

JEROME BRANCH,

            Plaintiff - Appellant,

      v.

MS. BADGETT, Head Nurse; MS. WHITE, RNC-A Nurse; EDWARD
BOAKYE, Doctor,

            Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior
District Judge.  (2:11-cv-00124-HCM-FBS)

---

Submitted:  June 18, 2015                 Decided:  June 23, 2015

---

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jerome Branch, Appellant Pro Se.  Jeff W.Rosen, PENDER & COWARD,
PC, Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Branch seeks to appeal the district court's order denying relief on Branch's 42 U.S.C. § 1983 (2012) complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on Sept. 14, 2012. The notice of appeal was filed on April 29, 2015. Because Branch failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED